UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| APRIL MAY HOEZEE, | |
| Plaintiff, | Case No. 1:12-cv-423 |
| v. | Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **JUDGMENT** |

   IT IS ORDERED that the stipulated motion to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) (docket # 21) is GRANTED. Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:  November 7, 2012     /s/ Paul L. Maloney
                 Paul L. Maloney
                 Chief United States District Judge