UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MAY HOEZEE,

      Plaintiff,

v.

      Case No.: 1:12-cv-423

      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 25).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that for the reasons stated in the Report and Recommendation, Plaintiff's motion for attorneys fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 23) is **GRANTED IN PART AND DENIED IN PART**.  Judgment shall enter in plaintiff's favor against defendant in the amount of $3,750.00.

Dated:  June 19, 2013                                      /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge