UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MAY HOEZEE,

    Plaintiff,

                                    Case No. 1:12-cv-423

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of plaintiff and against defendant in the amount of $3,750.00.


Date:   June 19, 2013                                          /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District