UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MAY HOEZEE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

Case No. 1:12-cv-423

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of plaintiff and against defendant in the amount of $3,750.00.

Date: June 19, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District