UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MAY HOEZEE,

        Plaintiff,

                                Case No.: 1:12-cv-423

v.

                                HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by United States Magistrate

Judge Phillip J. Green in this action (ECF No. 32).  The Report and Recommendation was duly

served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the

Court.

        THEREFORE, IT IS ORDERED that plaintiff's motion for attorney fees (ECF No. 28) is

**GRANTED**.  Judgment shall issue in plaintiff's favor in the amount of $3,926.75, payable from the

plaintiff's award of past-due benefits as provided by statute.

Dated:  December 31, 2014              /s/ Paul L. Maloney_____
                                     Paul L. Maloney
                                     Chief United States District Judge