UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL MAY HOEZEE,

    Plaintiff,

v.

    Case No. 1:12-cv-423

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

**JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,926.75, payable from the plaintiff's award of past-due benefits as provided by statute.

Date:  December 31, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District